DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. McINTYRE

No. 52P84.

Case below: 65 N.C. App. 807.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 June 1984. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 June 1984.

STATE v. MILLER

No. 214P84.

Case below: 64 N.C. App. 390.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 5 June 1984.

STATE v. MURRELL

No. 100P84.

Case below: 65 N.C. App. 429.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 5 June 1984.

STATE v. TALLEY

No. 576P83.

Case below: 64 N.C. App. 622.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 June 1984.

STATE v. WILLIAMS

No. 306P84.

Case below: 67 N.C. App. 519.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals and petition for writ of supersedeas denied 19 June 1984.